# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

ANTHONY POSER,

             Plaintiff,

   v.

C. PEREZ, et al.,

             Defendants.

Case No. 2:24-cv-01683-JAD-BNW

**Order**

    Plaintiff submitted initiating documents to this Court but did not pay the filing fee for this case or file an application to proceed *in forma pauperis*. ECF No. 1.

    If Plaintiff is unable to pay the filing fee in this case, Plaintiff must complete an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1. If Plaintiff can pay the filing fee, they must do so.

    **IT IS ORDERED** that the Clerk of the Court send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis* Application."

    **IT IS FURTHER ORDERED** that by October 14, 2024, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the full $405 fee for a civil action, which includes the $350 filing fee and the $55 administrative fee. Plaintiff is advised that failure to comply with this order will result in a recommendation that this case be dismissed.

    DATED: September 12, 2024

                                   Brenda Weksler
                                   United States Magistrate Judge